FILED

NOV 13 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26 CR 00515 |
| | ) | Title 18, United States Code, Section 1343 |
| CHAMAR PETERSON, | ) | |
| | ) | |
| Defendant. | ) | JUDGE CALABRESE |

GENERAL ALLEGATIONS

At all times relevant to this Information, unless otherwise specified:

Defendant and Relevant Entities and Financial Institutions

1. Defendant CHAMAR PETERSON resided in or around Cleveland, Ohio in the Northern District of Ohio.

2. Levels Financial Solutions, LLC was a commercial entity that Defendant created, controlled, and owned with a business address in Euclid, Ohio. Defendant established Levels Financial Solutions, LLC in or around April 2020.

3. A-B-C Enrichment Tutoring, LLC was a commercial entity that Defendant created, controlled, and owned with a business address in Cleveland, Ohio. Defendant established A-B-C Enrichment Tutoring, LLC in or around July 2016.

4. Lender 1 was a third-party participating Paycheck Protection Program lender, headquartered in Providence, Rhode Island.

The Paycheck Protection Program

5. The United States Small Business Administration ("SBA") was an executive branch agency of the United States government. The mission of the SBA was to maintain and

strengthen the nation's economy by enabling the establishment and viability of small businesses, and assisting in the economic recovery of communities after disasters. As part of this effort, the SBA enabled and provided for loans, which had government-backed guarantees.

6. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 and was designed to provide emergency financial assistance to Americans suffering the economic effects caused by the COVID-19 pandemic. One source of relief under the CARES Act was authorization for the SBA to issue loans to small businesses and non-profit entities experiencing revenue loss due to the pandemic.

7. Two forms of assistance under the CARES Act were the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan ("EIDL") program, both of which provided loan assistance for certain businesses negatively affected by the COVID-19 pandemic.

8. The PPP was a COVID-19 pandemic relief program administered by the SBA that provided forgivable loans to small businesses for job retention and certain other expenses. The PPP permitted participating third-party lenders to approve and disburse SBA-backed PPP loans to cover payroll, fixed debts, utilities, rent/mortgage, accounts payable and other bills incurred by qualifying businesses during, and resulting from, the COVID-19 pandemic. PPP loans were fully guaranteed by the SBA.

9. To obtain a PPP loan, a qualifying business had to submit a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan, including that the business was in operation and either had employees for whom it paid salaries and payroll taxes or paid independent contractors. A business applying for a PPP loan was required to

provide documentation showing its payroll expenses, such as filed federal income tax documents.

10. PPP loan applications were electronically submitted or caused to be submitted by the borrower and received through SBA servers located in Virginia or Oregon. Once approved, the business received the PPP loan proceeds via an electronic funds transfer from the third-party lender to a financial account under the control of the business.

11. The proceeds of a PPP loan could be used for certain specified items, such as payroll costs, costs related to the continuation of group health care benefits, or mortgage interest payments. The proceeds of a PPP loan were not permitted to be used by the borrowers to purchase securities, consumer goods, automobiles, personal residences, clothing, jewelry, to pay the borrower's personal federal income taxes, or to fund the borrower's ordinary day-to-day living expenses unrelated to the specified authorized expenses of the business.

COUNTS 1-4
(Wire Fraud, 18 U.S.C. § 1343)

The United States Attorney charges:

12. The factual allegations of paragraphs 1 through 11 of this Information are re-alleged and incorporated by reference as if fully set forth herein.

The Scheme to Defraud

13. From in or around April 2020, through in or around November 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHAMAR PETERSON devised and intended to devise a scheme and artifice to defraud the SBA and Lender 1, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made.

Purpose of the Scheme

14. The purpose of the scheme was for Defendant to unjustly enrich himself by (a) obtaining COVID -19 pandemic stimulus funds, including PPP loans, through false statements; (b) diverting proceeds for Defendant's use; and (c) concealing the scheme.

Manner and Means of the Scheme

15. It was part of the scheme that:

a. Defendant made false representations on COVID-19 pandemic stimulus applications, including PPP applications, including false representations about the applicant businesses and about his intention to use the proceeds of the loans consistent with the PPP program rules.

b. Defendant created and submitted falsified documents to support the applications.

c. Once Defendant received ill-gotten proceeds, he transferred funds to various accounts under his control and used funds to make personal expenditures, including purchasing real estate and a vehicle, and to benefit other businesses he owned and controlled.

d. Defendant made false representations to obtain PPP forgiveness, claiming to have spent PPP loan proceeds in a manner that qualified for a PPP loan to be forgiven, in order to cause the SBA to pay off the amount due on the loan, including accrued interest, on the borrower's behalf, effectively converting a PPP loan into a government grant obtained by fraud.

Acts in Furtherance of the Scheme

16. In furtherance of the scheme and to accomplish its purpose, Defendant committed and caused to be committed, in the Northern District of Ohio, Eastern Division, and elsewhere, the following acts, among others:

17. On or about the dates listed below, Defendant applied for the following PPP and loans, using materially false statements about the entities' employees and employment expenses, causing Lender 1 and the SBA to approve the applications, and causing Lender 1 collectively to issue at least $355,200 in SBA-guaranteed PPP funds:

| Name | Application Date | Funded Date | Amount |
|---|---|---|---|
| Levels Financial Solutions, LLC | April 30, 2020 | May 1, 2020 | $85,000 |
| A-B-C Enrichment Tutoring, LLC | May 4, 2020 | May 5, 2020 | $92,600 |
| A-B-C Enrichment Tutoring, LLC | April 10, 2021 | April 13, 2021 | $92,600 |
| Levels Financial Solutions, LLC | April 13, 2021 | April 15, 2021 | $85,000 |
| **TOTAL** | | | **$355,200** |

Execution of the Scheme

18. On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHAMAR PETERSON, for the purpose of executing the scheme described above, and attempting to do so, transmitted, and caused to be transmitted, by means of wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds, each transmission routed from Ohio across state lines, and each constituting a separate count of this Information:

| Count | Date | Transmission Description |
|---|---|---|
| 1 | April 30, 2020 | Electronic submission of PPP application in the name of Levels Financial Solutions, LLC |
| 2 | May 4, 2020 | Electronic submission of PPP loan application in the name of A-B-C Enrichment Tutoring, LLC |

| Count | Date | Transmission Description |
|---|---|---|
| 3 | April 10, 2021 | Electronic submission of PPP loan application in the name of A-B-C Enrichment Tutoring, LLC |
| 4 | April 13, 2021 | Electronic submission of PPP application in the name of Levels Financial Solutions, LLC |

All in violation of Title 18, United States Code, Section 1343.

DAVID M. TOEPFER
United States Attorney

By: [signature]
Elliot Morrison
Chief, White Collar Crimes Unit